COURT OF APPEALS OF VIRGINIA

Present:   Judges Petty, Chafin and Senior Judge Annunziata

KENNETH KALDENBACH

v.      Record No. 1416-13-4

PRINCE WILLIAM COUNTY

MEMORANDUM OPINION[*]
PER CURIAM
NOVEMBER 26, 2013

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Kathleen Grace Walsh, on brief), for appellant.

(Ralph L. Whitt, Jr.; Amber L. Ford; Whitt & Del Bueno, PC, on brief), for appellee.


Kenneth Kaldenbach ("claimant") appeals a decision of the Workers' Compensation Commission finding that he was only partially disabled at the time of his retirement and that he unjustifiably refused selective employment and failed to market his residual capacity. We have reviewed the record and the commission's opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated by the commission in its final opinion. See Kaldenbach v. Prince William Cnty., JCN VA00000158965 (June 25, 2013). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

                                                                                            Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.